**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RUSSELL M. WINTERBORNE, Civil No. 00-2341 JRT/JGL

Petitioner,

v. **ORDER**

TIMOTHY O'DELL,

Respondent.

Russell M. Winterborne, Identification No. Ao264092, Florence Correctional Center, Housing Unit DB-210, P.O. Box 6900, Florence, AZ 85232, *pro se* petitioner.

John W. Riches, Prairie Correctional Facility, P.O. Box 157, Appleton, MN 56208; Bryan C. Yee, OFFICE OF THE UNITED STATES ATTORNEY, 465 King Street S Room B-2, Honolulu, HA, 96813, for respondent.

This matter is before the Court on petitioner's motion for enlargement of time to respond to the Report and Recommendation. The Court finds that the petitioner has shown good cause for the requested extension. The Court will allow a 30-day extension.

Based upon petitioner's motion, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that petitioner's motion for an enlargement of time to respond to the Report and Recommendation [Docket No. 15] is **GRANTED.** Petitioner's objections to the Report and Recommendation are due on July 23, 2001.

Dated: June 22, 2001
at Minneapolis, Minnesota

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED JUN 2 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________