# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Russell M. Winterborne

Plaintiff

v.

Timothy O'Dell

Defendants

Case No. Civil 00-2341 JRT/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's petition for writ of habeas corpus ad subjiciendum is denied. Petitioner's motion to grant Petitioner's writ for failure of Respondent to answer the order of the court is denied. Petitioner's motion to grant relief of Petitioner's habeas corpus is denied as moot. Petitioner's motion for preliminary/permanent injunction is denied as moot.

DATE: September 25, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk